Case number 23-3109 USA versus Raymond Erker. Argument not to exceed 15 minutes per side. Mr. Martin, you may proceed for the appellant. Thank you. May it please the court. Benton Martin on behalf of Mr. Erker and I am reserving three minutes for rebuttal. We raised a number of issues challenging Mr. Erker's sentence and convictions in this case but what I'd like to focus on this afternoon is the money laundering convictions that he sustained and because I think there's a mismatch here between the proof and the statute. Can I start right there because I just want to get a grasp. I struggled in looking at the record so as I understand it there's a summary and that is exhibit 1400 which is admitted under 1006 correct? Yes. Okay and there's no objection to the summary. That's my understanding. I couldn't find one in the record did you see one? No. And I saw where it was admitted without objection but I tried to look if there was anything before that I couldn't find it and so it's admissible right once it's in it's evidence. Yes. From which the now we view it in the light most favorable to the government. Yes. Correct and so why then if you go through pages 28, 29, 30 or something of the government's brief they go through count six, count seven, count eight and I can go through them with you but they all seem regardless which one you use I assume you agree with the hypo if 143 goes in of clean money then I don't know 150,000 of dirty money and they withdraw more than you know 11,000 I think it was 17,000 or I can't remember the number exactly I'm talking about count six that that would be sufficient even under the Ninth Circuit's view. I don't know if that's quite right under the Ninth Circuit's view. So if they didn't draw us withdraw $16,800 of dirty money you're saying that's not sufficient? Under this under the Ninth Circuit's view as I read as I read it all has to be dirty or more than 10,000 has to be dirty? They that it all has to be dirty and that's the language that they use is that the entirety of the account has to be dirty but that's I mean that's not what the statute says at least right it just says you have to withdraw more than 10,000 or 10,000 or more I can't remember which one in criminally derived proceeds. I do think that and you know the Ninth Circuit goes through why they defend that reading of it and I do think that the text supports their reading of that and I'd note that the cases in this court has declined to rule on this circuit split that exists a few times and in each one it was because the account was wholly devoted to criminal funds and I'll get to this in a second but part of this makes sense because I think that the gap they were trying to with 1957 as opposed to 1956 was this was passed as part of the Anti-Drug Abuse Act which I know I covered in the briefs but we see so often on the way the 1975 is used 1957 I apologize is when people are dealing in cash businesses and they're smuggling cash and there was a gap in the idea that just because it's in cash doesn't you can't necessarily prove that there was an intent to conceal as part of it is that it's a cash business and Congress I think wanted to get after that money and one of the ways to do that is to say well let's get rid of this intent to conceal lament you just have to have that the criminal report that this is criminal proceedings and so many cases I think that are the bread and butter of what this statute was meant to capture this isn't even going to be a question because it's wholly criminal money but when I look at the text of the statute sorry for now long-winded answer but it's it says that knowingly engages or attempts to engage in a monetary transaction in criminally derived property and then it says of a value greater than 10,000 I think that there there is the way that this ninth circuit is reading it is that this monetary transaction has to be in criminally derived property and if it doesn't say exclusively in criminally derived property so as long as it has to criminally derived property of greater than $10,000 why isn't that sufficient that's where I'm kind of getting lost and I'm trying to look real quick at the Ninth Circuit in other words what I'm saying is do we need to decide this issue once again if the evidence as as the government lays it out and I know you take issue with that so we can talk about that I'm just trying to figure out if we have to decide the preliminary question right no and I follow I have the exact same I think your honor is asking exactly the right questions is there's the first do we have to answer this question right um and I mean I will strongly defend that I think the Ninth Circuit has the better reading of this statute because I think that other circuits have basically what about the Fifth Circuit's reading I still think that the Fifth Circuit has placed its own policy implications on the statute and they keep saying we don't want someone to co-mingle and then it's every opinion I read looked that way from the Fourth Circuit with Judge Ludig to the ninth to the fifth I mean they all look that way I I mean I think you've got some good arguments don't get me wrong but I'm that's what I'm struggling with it so the the Ninth Circuit looks at the differences between these two statutes which I think is important and when you look at 1956 it talks about that there's funds involved so Congress clearly could have said if they wanted only a portion of this money to be criminal um they could have said that and they did say that when they passed the you know this neighboring statute at the exact same time I think that that difference we're here it just says a monetary transaction in criminally derived property give gives us a basis and I think that's why the Ninth Circuit's right to say you have to have this be entirely criminal money what do you what do you think should happen when there is a mixed a bank account with mixed funds shit was there a background accounting principle that might be read against the statute so rather than relying on policies what what was the background accounting principle first in first out is there a background accounting principle I I think what the better approach would have been would it be to back up and not use 1957 for something it wasn't intended for and they could have prosecuted under 1956 if they could have proved that this was classic money laundering where there was an intent so is it your view then that it's just impossible as a matter of law to once you once you put one dollar of good money in and you have a million dollars of dirty money you can't prosecute using that account I think that's the Ninth Circuit's approach I think that's defensible under the statute is that's the reading the other alternative which the Ninth Circuit sets out is that it's not that hard to prove if you and I think they could have done it here actually if he took the there was allegations that he took money from people's investment funds and once he took a hundred and fifty thousand dollars of someone's money and deposited and that's what the Ninth Circuit says you can take the deposit and charge that as a transaction and you've got the exact same count there's no doubt you're right about that the government so for some reason doesn't take the easy way when they charge cases sometimes so I mean what do we do with what's going on here though because I just struggle to see how out of the language out of the text there's an exclusivity requirement and I agree with you Rutgard I think it's our card uses the word all so I think that supports your argument that you made to me but I'm trying to see how out of the text of the law we get to that and I think my strongest argument on that and I still think we have an argument on this middle ground approach which is what the Fifth Circuit takes and I think that my argument on that ground is focused on the problem with the government's proofs okay on earth with this one and then you in the but when you look at 1956 it says whoever knowing that the property involved in a financial transaction represents proceeds of some form of unlawful activity I mean that is a much more and and that inclusive language and that's what the Ninth Circuit points out they say these two are passed together one of them has this very broad language about what's included in terms of the pro the criminal the criminality of the pursuit proceeds that need to be involved in the transaction when you look at 1957 I think it's telling I know the word exclusive isn't in there but I very much I mean I think you can read this and I think it's important that we read it I don't want to miss this point with the rule of lenity in mind on because if there's a tie if there's ambiguous right so knowingly engaging you might be almost there what I'm struggling with is where they get the word of all right knowingly engaging in a monetary transaction we agree he did that when he withdrew the money thanks correct in criminally derived property and so you're saying it has of a value greater than 10,000 you're saying in criminally derived property carries with it all yes correct I think that I think that that's a fair reading of this and if I get to fair reading I don't have to convince you that it's the absolute best reading I have to convince you it's a fair reading and if I do I think under the rule of lenity it goes the tie goes to mr. Irker what's the fair reading where that means all now just the end the end it says in a monetary transaction in criminally derived property and so I think that you can read that as saying that this monetary transaction especially when you compare it to 1956 and the more inclusive language used to there which I think you can look at and attack you know defend textually looking at the neighboring provision what's your view so imagine there's a dollar of good funds in there a million dollars of bad funds and then there's two transactions the first one is 10,000 and then the one is 10,000 so how you're saying that it's in perpetuity once you put a dollar of any amount of legitimate funds in a bank account that bank account can never be used for withdrawals even how even how I'm even how it's like physically impossible for the withdrawal to have been nothing but dirty funds under the Ninth Circuit's reading which I think yeah who cares I don't care who's reading it is but I just I just I think yes it's not what the 1957 statute was meant there's other ways to calculate the Ninth Circuit is saying either I don't see your analysis that once there's dirty money in the account it morphs and makes everything that's in the account also dirty money and I think perhaps the problem is a misinterpretation of Ruttgard because that's not in my estimation what Ruttgard says that it it otherwise is basically a clean money out first approach that doesn't require every cent in the transaction to be dirty money I'm just I'm struggling with that interpretation it seems to me that under all under all of the existing tests this your client had it they functioned to show what you don't want them to show I think that there that there is a problem the the evidence that judge the par spoke to you about how that evidence came in and that it showed the clean money was in but it was depleted to within sometimes a few hundred dollars and then dirty money comes in and the dirty money is transferred so it's a I don't understand why that doesn't establish that that we have a 1957 problem my time is always answered that question and I apologize the first and I'll just obviously if the judge agrees with me it's the course prerogative in reading Ruttgard I think the language that I was pointing to is that they said that and this is on page 1292 of Ruttgard that the government's may still prevail by showing that all the funds in the account are the proceeds of a crime and I think when you look at when I read Ruttgard that is what and it's been described by other circuits is taking this all-or-nothing approach when other circuits when you look at some of the other circuit case law they describe Ruttgard's approach as an all-or-nothing approach but I would like to just very very quickly and I know I hashed it out a little bit in my brief so I don't want to repeat everything but I do have problems with the government's proofs and I think the you know their forensic accountant that they put on is is constantly saying I just didn't have everything and I could how do you how do you respond to what you responded to judge the par with that there was a summary evidence that was admitted that there was documentary evidence that was admitted and once admitted into the record without objection it's viewed in the light most favorable to the government I think that's fair I mean and I think he testified to it too but that doesn't mean I think that it it means exactly what he said it means I don't we have to view it that way when you consider it's a jury trial and I guess my second question is especially where you don't have I mean my normal course of thinking about this is you would object to the instruction which you also didn't do and that creates an additional hurdle because this issue wasn't presented to the jury in some sense but it wasn't presented to the jury because no one objected to the instruction I mean the instruction basically matched the language of the statute sure but I would have asked for the Ninth Circuit's reading which would have said to the jury all the money must be or I would ask for the Fifth Circuit's reading at the very least and yet you didn't and so it just left to the jury's discretion and then when coupled with viewing the evidence in the light most favorable to the government they had this evidence in the record I think they had this evidence but they had this evidence with the gaps that still exist in it so I think there is a limit and reject that you can make that argument to the jury and they can reject it but I think there's an element of when you have all of these gaps and admitted gaps in the evidence that relying on it to make the leaps that this was dirty money that came in and then got drawn down and then went out rises to a level of speculation that the jury shouldn't have been relying on and there is a gatekeeping function but then there's there's got to be objections I mean otherwise the evidence came in the expert testified about the summary it came in I agree you got some good concessions on cross but that's ultimately up for the jury to decide it seems that's where I struggle with the evidentiary piece I understand I'll say the rest for thank you yes good afternoon your honors may it please the court Jason Mannion on behalf of the United States I think the merits of this section 1957 circuit split they're definitely interesting but they're only academic in this case that's because of under because and under any approach to proving a section 1957 violation the evidence in this case was more than sufficient don't you lose under the Ninth Circuit's approach at least as your friend on the other side explains it if we accept his argument that it's an all rule don't you lose because there's always even as you point out in your brief there's always some money that we can't account for that's clean so I don't think that that is the best reading of record even if it is the best reading of record you I'm gonna throw a case at you and I'm sorry I keep doing this to lawyers today but you probably haven't seen it there's a district court case after record and Lee called the Agaman if you can describe it I'm gonna describe it there was $17,000 of clean funds in a commingled account the defendant withdrew 20 and then 50 and the government the u.s. in that case argued that the 20,000 withdrawal depleted the account of its clean funds okay and under the clean funds out rule the second withdrawal 50,000 had to be dirty money is what the argued and the district court there it's a district court opinion rejects it it's a central district of California rejects it under Ruckert handling it says it that the argument because it was possible and I'm quoting only if the court were to adopt a presumption that earlier transactions necessarily exhaust untainted funds and in that court's view Ruckert and Hanley forbade the use of any presumption that seems to support your friend on the other side's reading that it's an all-or-nothing so we I think you you can read record to establish that I don't think there's any textual basis for that reading but you can read record in that way even so I think the evidence in this case is sufficient to establish this because record before it goes into its analysis of tracing says that if the entire business is fraudulent then there's no need to differentiate the money in an account but even your forensic expert testified that he put in funds from his personal account I understand but but this is a we're we are only concerned with one single account that's this 2146 account which belonged to gen source gen source as a business wrong that your expert said he put in personal funds into the 2146 so I I don't I there's certainly was a concession that he put money into his business he had 29 different accounts I don't know if the expert can see at that point but it is true that he did sometimes put his own funds into that business I thought that was the methodology of of the of the exhibit was to show that he put money in but before he put that was his but he used it all down to indiscernibly small amounts and then he put the dirty money in and so it was the dirty money then that he transferred back out to himself somewhere else you and I are mostly on the same page on that the exhibit does not show any of his proceeds into the account these snapshots it was testimony from the the person who created wasn't there that he had well I thought that the the testimony that went with that was that well at this point the his money that was in the account got down to $400 and then in illegal money came in and then he took all of that or at this point it showed each time that he had put his money in but he had drawn it out before the big transfers that he was making to himself I I don't want to get tangled up into this because I think we're better you think I well I don't think it matters under any plausible reading of the statute but but I have that you're reading so it says any monetary transaction and criminally derived property if he put his own money in that was not from fraudulently obtained investor funds you wouldn't call his own money criminally derived property say say it was derived from his day job you know mowing lawns or whatever else he did that wouldn't be criminally derived property would you would you concede that if there's that there can be an account with both legitimate funds and illegitimate funds so then how do you why do you think these courts are just immediately going to policy to say in that situation all of the funds are tainted that's what I that's what I don't understand so it seems to me the government does have some type of burden to trace the funds and I don't necessarily know what the right approach is but I would have thought that maybe background rules of accounting might have been in the Congress's mind and I don't know accounting so you'll have to excuse my ignorance but if there is some type of background rule that when we try to trace funds and account it's last in last out or first in first out are there is there such type of background rule against which Congress might have adopted the statute so I think that is what some of the the circuits are trying to do so there is pretty broad agreement I think that not every I think you might read Rutgard is saying if there's commingle money it's all clean unless you've draw it down to the absolute bottom you might read some of the cases as suggesting if you commingle it it's all dirty that's what I read most of them the case is a saying and I have a problem with those cases because they don't rely on text they just say otherwise we're just gonna blow up the statute and I think you asked why they might be doing that I assume it is based on the Supreme Court's the Supreme Court has said you shouldn't interpret a statute to be self-defeating I think so there is certainly a workability concern at play in those circuits we charge the no we couldn't and that's an important point here Rutgard basis that important because you all didn't know we could not have yeah why couldn't you reason well record that that is true in some businesses you imagine a drug business where someone takes in cash and then if they deposit it then you could charge it but you're taking cash from individuals that was part of the scheme but it's how he took them in it took that cash in he took that in via a wire directly from these investors and there's a separate body of case as an investment that's right but it's coming directly from the investor to this 2146 account and there's a separate body of case law in this context that does not treat it as proceeds until it has arrived to so so I can give you a few of those cases if you'd like but there's cases that talk about how can I ask you no I trust your judgment on that can I add you're conceding you couldn't have done it so that's fine can I ask you why we don't adopt the Fifth Circuit approach which is the lowest intermediate balance test as I understand it to drawn to judge Murphy's accounting questions in other words I mean I suppose you win under every one of those in this case but it creates an issue for the government right that you always have to show what you showed at pages 28 to 30 of your brief I'm sorry if I got pages wrong where it's count 6 through 11 you always showed it's the lowest intermediate balance as I understand it whatever was withdrawn was 10,000 greater than that such that if you have clean money and you have dirty money it's not the approach of the Fourth Circuit where they're just like you know as long as there's a dollar of dirty money as I understand the fourth circuit that seems contrary to the language of the statute I tend to agree although I get the other side's argument about the all point and we can talk about the statutory language so why isn't the Fifth Circuit right but then is judge Murphy right we need to find it in background accounts that look Congress legislated against it so I don't think that you can find one single tracing methodology in the words of the statute and I'm not aware of any background principle that there's only one way to deal with a commingled account I think you can see in the cases and I'm not an accountant either but my understanding is there are multiple tracing methods that accountants use in the commingling context one is lowest intermediate I don't know that's a different term for first in first out or last in first out but there are multiple tracing rules and right so how do we figure out which one to use if Congress didn't legislate against the backdrop of one of them well I don't think that this court should be picking one single method because Congress didn't pick one single method. But then why isn't his argument the best one which is okay you can't pick a method because you don't know what they legislated against we know it can't be less than 10,000 so it has to be in criminally derived property and in criminally derived property you could make an argument has all in it and because you can make an argument rule of lenity counsels we rule in his favor because you haven't shown us it's the best reading the other is the best. Well to be clear I'm not asking this court to pick one single tracing methodology I'm not and maybe in my brief I focused more on the evidence and less on the sort of first principles of this because I don't think this is an issue that needs to be decided on it but I'm not asking this court today to pick a presumption that all of the money is dirty. But you are taking the position that under any of the extant tests he's guilty. That's right and so so I am taking I am reading the Ninth Circuit decision the way that I guess the government did in this district court case but certainly that I think the secondary sources read Rutgard which is to impose a clean money out first that that puts that it makes it the hardest for the government to prove in under that test we would win under a pro rata test which some Fifth Circuit cases have adopted or at least one has suggested should be adopted there you're thinking like what is the percentage of the money in the account we win under that approach if you count the dirty money coming out first we win under that approach as well. Do you think the same principle should apply to deposits as it applies to withdrawals because I can think of hypotheticals they might be a little eccentric hypotheticals but suppose suppose a defendant a drug dealer has ten thousand dollars of illegitimate cash and then five thousand dollars of legitimate cash and accidentally drops it on the floor and it all gets mingled up and then he just picks up ten thousand and submits it into the bank and so it counts as a deposit of criminally whatever the word the phrasing is criminally derived property and then and and and the could the government say well there was some mix-up in the cash some of it may have been criminally deprived property that's enough for a prosecution or would the government have to show that the ten thousand was all from the drug dealing certainly as the jury was instructed in this case the government always has to prove beyond a reasonable doubt that the property the property in the transaction the criminal property was of at least ten thousand dollars and so but what I'm asking I just do not understand how that I know it may be academic in this case but I mean we need to potentially give guidance like I don't understand how these other circuits are like I read the vast majority of the other circuits other than the ninth and the fifth as like judge Cabrini's is short paragraph money is fungible therefore that a government wins as long as one dollar is criminally tainted that just strikes me as plausible because I think everybody would reject my deposit so I think the same rule would have to apply for the withdrawal to and I'm not asking this court to say that a single dollar of dirty money makes ten thousand dollars of criminally derived money what I'm asking this court not to do is to pick between first in first out last in first out pro rata and to allow in an individual case the government to prove that at least ten thousand dollars of dirty money what was at issue in a transaction and not every method they're saying can I just understand this you're saying because you win under any method we don't need to pick that's right but even but we do have to reject if your friend is right that the Ninth Circuit said all and I get I get your qualifiers and I'll go back and look at the cases because I read them as he does and Yagmin seems to support my reading but then we at least have to reject the Ninth Circuit's reading if that's what the Ninth Circuit means yes but I the way that I interpret the Ninth Circuit's approach to be is if you're trying to tie it to an accounting rule it's a clean-out rule another way of putting it would be that it's mathematically impossible for the transaction not to include at least ten thousand dollars of dirty money and here in every single one of these but the way Yagmin reads it and I'm sorry to interrupt you but the way Yagmin reads it is you had a hundred and forty three and I took notes a hundred forty three in the account I'm just talking about count six then you put a hundred and fifty two dirty in you withdrew seventeen he he withdrew seventeen I'm sorry in that case because there could be a hundred and forty three you lose under Rutgard a hundred and forty three dollars I think that's the way I would ask this court to reject it because the statute does not require that the statute only requires a minimum dollar a number amount of dirty money and in this case that's satisfied under any test. Can I ask you a quick question so you don't want us to reject or you don't want us to pick an accounting theory but do you think do you think it should like it should if the government say under one accounting theory it is ten thousand under another one it wouldn't be given the flow of funds would the defendant be able to pick a competing accounting theory and then argue that to the jury so then the government is like well under this accounting mechanism it is ten thousand and the defense is like no the jury should be able to pick this competing one that's that strikes me as somewhat problematic. That is the way that I am envisioning it because the statute doesn't pick them. Isn't that that doesn't strike me as consistent with some rule of law values that if the jury gets to pick which accounting method I mean and how do you even determine which is there how would the jury even decide between the two? We there are other contexts in criminal law where we allow the jury to disagree about exactly how someone reached. It's dependent on the but it's dependent on the evidence that the parties have placed into the record. That's right and sometimes. And so you choose what you place into the record as the government right? Yeah. And then then the question for the jury is did this establish a violation of 1957? I think I followed in it so it seems to me there's no consistency because we have clean let's say clean funds out first rule versus lowest intermediate balance test and each side presents one and let's see there I can come up with a hypo where he's innocent under the clean funds out first but not under lowest intermediate or vice versa and we don't know I mean in every case it's gonna differ in some sense because the jury's just gonna have freedom to pick. It certainly makes 1957 harder to prove than under some circuits approaches. I absolutely agree with that. I know my time's up if I could make two quick points on whether the evidence was sufficient. I know there's questions about the accuracy of the summary chart. I don't understand the expert who testified about the accuracy of the chart to have conceded that he didn't know as to these six snapshots how much money was coming in how much was going out and not only do I not understand that to be the case there is a separate exhibit that was given to the jury exhibit 799 there is testimony about this exhibit at page ID 1942 to 1949 these were the actual bank statements we have the actual bank statements that back up these six different snapshots and I'm very happy to submit those to the court if that would be helpful because any concerns about accuracy I think we're trained on other parts of exhibit 1400 which were QuickBooks summaries of like how much did this investor put in over the course of the life of the business and and he didn't have a full he didn't have all of the businesses documents but he had the bank statements from which he derived the six snapshots that we rely on and so I'd be happy to submit those to the court if that would help the court. Thank you. Thank you. Thank you. Your time's up. I'll be brief. The in terms of Ruttgard I wanted to reiterate obviously the court can reread it but I think that Judge Tappar your concerns are right and there's some secondary literature that I had cited in my brief that I encourage you to glance at that talks about the importance of having clear rules fair notice that's part of the rule of lenity in not having just an amorphous sort of accounting standard be the rule under 1957 and I think that's a defensible reading of the plain text as I've discussed. On the evidence itself I do think that once the court rereads as I'm sure you will the examination of the forensic accountant and the summary I get that they were admitted but I think that there are concerns about their ability to prove what the government is saying it proves and I would note that it's page ID 1953 and 54 where they talk about him putting money in his own account and in fact the government... I read that he says GenSource and the question was a little vague but I agree with you he says GenSource and Safeguard right and you found money found instances where Mr. Urquhart was transferring money from his account into GenSource. GenSource and Safeguard. And then he says one time it says there was they're talking about two bank transfers at the end of page 1954 says that came from Mr. Urquhart's personal account and he said and it would you'd find these on the various statements it was not uncommon to see that that's correct he did make he made some deposits yes and so he I believe their witness actually conceded it was not uncommon for Mr. Urquhart to put money into his own account. And that I think I heard the government saying not all of that was captured on the summary exhibit so I think when you dig into this evidence there are some gaps here that the government didn't read his proofs. Thank you. Thank you. We thank you both for your arguments very helpful in a rather confusing case. The case will be taken under advisement and an opinion issued in due course.